# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Hagist et al. v. Medtronic, Inc. et al.**<br>**09-cv-00406** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD  COUNSEL'S MOTION TO DISMISS** |

      Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 18), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled <u>Hagist et al. v. Medtronic, Inc. et al.</u>, Civil Action No. 09-cv-00406, is **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 20, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge